IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joshua Eugene Gaddis,<br><br>          Plaintiff,<br><br>v.<br><br>South Carolina Department of Correction, *"SCDC", also known as,* South Carolina Department of Corrections; Correction Officer Miss Willimson,<br><br>          Defendants. | C/A No. 0:19-2510-TMC-PJG<br><br>**SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case, which involves a pro se litigant.

1. Motions to join other parties and amend the pleadings shall be filed no later than **February 27, 2020.** Amendments of pleadings beyond this date will not be permitted absent extraordinary circumstances.

2. Discovery shall be completed no later than **March 30, 2020.** All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date.

3. All other motions, except those to complete discovery and those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, shall be filed on or before **April 27, 2020**. (Fed. R. Civ. P. 16(b)(2)).

**IT IS SO ORDERED.**

s/Paige J. Gossett
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 29, 2020
Columbia, South Carolina